UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, EDWARD P. BAGLEY, STEVEN F. BALMAIN, WALLACE H. BICKNELL, PHILIP BUNTING, MICHAEL C. CANTWELL, CATHERINE CARHART, JOHN D. CAUBLE, JOHN S. COFFEY, JOSEPH D. FENNELL, JAMES C. FLEMMING, III, WILLIAM R. GLOW, III, ANDREW B. GODDARD, MARK R. GOODSPEED, SARAH HARRIS, PAUL HAMILTON, STEVEN J. LAVIN, WILLIAM S. LITTLE, JR., JOSEPH MASHRICK, KEITH MIGNONE, JOHN H. MORAN and JOHN R. WHITTLE,<br>Plaintiffs,<br><br>v.<br><br>TOWN OF CHATHAM and THE CHATHAM POLICE DEPARTMENT,<br>Defendants. | CASE NO: 04 11911RGS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendants, Town of Chatham and the Chatham Police Department in the above entitled civil case.

Date: September 17, 2004

The Defendants
By Its Attorney,

Bruce P. Gilmore
P.O. Box 714, 1170 Route 6A
West Barnstable, MA 02668
508-362-8833; BBO #192940

## CERTIFICATE OF SERVICE

I, Bruce P. Gilmore, Esq. hereby certify a true and correct copy of the above document, Notice of Appearance, was hereby served on the Attorney of Record, Patrick Bryant, Esq., Sandulli Grace, PC, One State Street, Suite 200, Boston, MA 02109, by first-class mail, postage prepaid this __17__ day of September, 2004.

_____
Bruce P. Gilmore, Esq.