UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, EDWARD P. BAGLEY, STEVEN F. BALMAIN, WALLACE H. BICKNELL, PHILIP BUNTING, MICHAEL C. CANTWELL, CATHERINE CARHART, JOHN D. CAUBLE, JOHN S. COFFEY, JOSEPH D. FENNELL, JAMES C. FLEMMING, III, WILLIAM R. GLOW, III, ANDREW B. GODDARD, MARK R. GOODSPEED, SARAH HARRIS, PAUL HAMILTON, STEVEN J. LAVIN, WILLIAM S. LITTLE, JR., JOSEPH MASHRICK, KEITH MIGNONE, JOHN H. MORAN and JOHN R. WHITTLE, Plaintiffs, <br><br> v. <br><br> TOWN OF CHATHAM and THE CHATHAM POLICE DEPARTMENT, Defendants. | ) CASE NO: 04 11911RGS |

## ASSENTED TO MOTION TO ENLARGE TIME

The Defendant, Town of Chatham, moves pursuant to Fed. R. Civ. P. 6(b), to enlarge the time within which it may file its Answer to the Complaint up to and including October 22, 2004.

As grounds for this motion, the Defendants state that due to its counsel's heavy caseload for the upcoming weeks, additional time is needed to adequately prepare the Answer to defend this action.

Dated: September 14, 2004

Assented To:
The Plaintiffs
By Their Attorney,

*Patrick Bryant*
Patrick Bryant, BBO#652200
Sandulli Grace, PC
One State Street, Suite 200
Boston, MA 02109
617-523-2500

The Defendants,
By Its Attorney,

*Bruce Gilmore*
Bruce P. Gilmore, BBO #192940
PO Box 714; 1170 Route 6A
West Barnstable, MA 02668
(508) 362-8833