# SANDULLI GRACE, PC

ONE STATE STREET
SUITE 200
BOSTON, MASSACHUSETTS 02109

(617) 523-2500

JOSEPH G. SANDULLI
KENNETH A. GRACE
ALAN H. SHAPIRO
SUSAN F. HORWITZ
AMY LAURA DAVIDSON
JOHN M. BECKER
LEIGH A. PANETTIERE
BRYAN DECKER
PATRICK N. BRYANT

FAX (617) 523-2527

September 21, 2004

*BY MAIL*

Civil Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:  ***Michael D. Anderson, et. al v. Town of Chatham and Chatham Police Department***, *C.A. No. 04-11911 RGS*

Dear Sir or Madam:

Pursuant to Federal Rule of Civil Procedure 4 and Local Rule 4.1(c), I am filing proof of service on the Defendants in the above action. Enclosed are the Return Receipts of the certified mailings of the Complaint and Summons to the Clerk and the Counsel of the Defendants Town of Chatham and Chatham Police Department.

Thank you for your assistance.

Sincerely,

Patrick N. Bryant

cc:  Plaintiffs
     Bruce Gilmore, Esq.

74

AO 440 (Rev. 10/93 Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE: Letter dated 9/3/04 |
|---|---|
| NAME OF SERVER *(PRINT)*    Patrick N. Bryant | TITLE:   **Attorney for Plaintiffs** |

*Check one box below to indicate appropriate method o service*

G Served personally upon the third-party defendant. Place where served:

G Left copies thereof at the defendant's dwelling house or usual place of abode with a
person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G Returned unexecuted:

G Other (specify): **Certified letters to Town Clerk and Town Counsel**

## STATEMENT OF SERVICE FEES

| TRAVEL   **N/A** | SERVICES   **N/A** | TOTAL   **N/A** |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of pedury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is
true and correct.

Executed on:      **9/21/04**
             Date                                    Signature of Server:   *Patrick N. Bryant*

**Sandulli Grace, P.C.**
**One State Street, Suite 200**
**Boston, Massachusetts 02109**
**(617) 523-2500**

*(1)* As to who may serve a summons in Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**SANDULLI GRACE**
(A PROFESSIONAL CORPORATION)
One State Street
Suite 200
Boston, MA 02109

Attention: Patrick N. Bryant
Bryan C. Decker

RECEIVED SEP - 8 2004

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Bruce P. Gilmore, Esq.
1170 Route 6A Box 714
West Barnstable, MA 02668

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
   BGilmore                                9/1/04

C. Signature
X                              ☐ Agent
                               ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 0460 0002 8533 7867

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**SANDULLI GRACE**
(A PROFESSIONAL CORPORATION)
One State Street
Suite 200
Boston, MA 02109

Attention: Patrick N. Bryant
Bryan C. Decker

RECEIVED SEP - 9 2004

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Town Clerk
Town Clerk's Office
Town Offices
549 Main Street
Chatham, MA  02633

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
   Anita Beebe                            9/8/04

C. Signature
X  Anita Beebe                 ☐ Agent
                               ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0003 3495 0661

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

