UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.,<br>Plaintiffs<br><br>v.<br><br>TOWN OF CHATHAM and THE CHATHAM<br>POLICE DEPARTMENT<br>Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04 11911 RGS<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO ENLARGE TIME

Plaintiffs Michael Anderson, et al., respectfully move, pursuant to F.R.Civ.Pro. 6(b), to enlarge the time within which they may file a responsive pleading to the Defendants' Counterclaims by two (2) weeks, up to and including November 24, 2004.

As grounds for this motion, the plaintiffs state that due to counsel's heavy caseload for the upcoming weeks, the additional time is needed to adequately prepare a responsive pleading to the counterclaims.

Respectfully submitted,

Dated: November 5, 2004

MICHAEL D. ANDERSON, et al.,
By their attorneys,

Assented to:
The Defendants,
By their Attorney,

Bryan Decker, BBO # 561247
Patrick Bryant, BBO # 652200
*Sandulli Grace, P.C.*
One State Street, Suite 200
Boston, MA 02109
617-523-2500

Bruce P. Gilmore, BBO 192940
P.O. Box 714; 1170 Route 6A
West Barnstable, MA 02668
(508) 362-8833