# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.,<br>**Plaintiffs**<br><br>v.<br><br>**TOWN OF CHATHAM and THE CHATHAM POLICE DEPARTMENT,**<br>**Defendants.** | Civ. No. 04-11911-RGS |

## PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6), and 12(f), Plaintiffs hereby move this Court to strike three affirmative defenses and dismiss the two counterclaims filed by Defendants in their Answer to Complaint And Counterclaim. As grounds therefore, Plaintiffs argue: 1) the affirmative defenses have no legitimate basis in law or fact; 2) the Court lacks subject matter jurisdiction over the counterclaims, which involve a separate body of facts to be adjudicated under an entirely different body of law than Plaintiffs' complaint; 3) Defendants cannot seek recission of a collective bargaining agreement against Plaintiffs, who are not parties to that contract; 4) unjust enrichment is an invalid defense and claim given the undisputed existence of an agreement; and 5) Defendants fail to state a claim for mutual mistake, fraud, or unjust enrichment.

Based on the foregoing, Plaintiffs requests that the Court dismiss three affirmative defenses and the two counterclaims filed by Defendants.

Respectfully submitted,

**MICHAEL D. ANDERSON, et al.,**

By their attorneys,

_____
Bryan Decker, BBO # 561247
Patrick Bryant, BBO # 652200
*Sandulli Grace, P.C.*
One State Street, Suite 200
Boston, MA 02109
617-523-2500

Dated:      November 24, 2004