UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.,<br>**Plaintiffs**<br><br>v.<br><br>TOWN OF CHATHAM and THE CHATHAM POLICE DEPARTMENT,<br>**Defendants.** | Civ. No. 04-11911-RGS |

## PLAINTIFFS' CERTIFICATION OF CONFERRAL

Now comes Plaintiffs' Counsel, Bryan Decker, to certify to this Court that I conferred with Defendants' Counsel, Bruce P. Gilmore, Esq., regarding the Motion to Strike Affirmative Defenses and to Dismiss Counterclaims, and that we have attempted in good faith to resolve and narrow the issues. This Certification is made pursuant to Local Rule 7.1(A)(2).

Respectfully submitted,

Bryan Decker, BBO # 561247
SANDULLI GRACE, P.C.
1 State Street, Suite 200
Boston, MA 02109
617-523-2500

Date: November 23, 2004

## CERTIFICATE OF SERVICE

I, Byran C. Decker/Patrick N. Bryant, hereby certify that we have this day served the Plaintiffs' Motion to Strike Affirmative Defenses and to Dismiss Counterclaims, accompanying memorandum of law and attachments, and Certification of Conferral in this matter upon all parties by mailing a copy by first-class mail, postage prepaid to:

> Bruce P. Gilmore, Esq.
> 1170 Route 6A Box 714
> West Barnstable, MA 02668

Signed under the pains and penalties of perjury this 24th day of November 2004,

Bryan Decker, BBO # 561247
Patrick N. Bryant, BBO # 652200
*Sandulli Grace, P.C.*
One State Street, Suite 200
Boston, MA 02109
617-523-2500