UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.<br>Plaintiffs<br><br>v.<br><br>TOWN OF CHATHAM and the<br>CHATHAM POLICE DEPARTMENT<br>Defendants | Civil Action No. 04-11911-RGS |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the Defendants in the above matter.

Respectfully submitted,

TOWN OF CHATHAM
By its attorney,

_____
Tim D. Norris
BBO No 552969
Daniel C. Brown
BBO No. 648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
781-762-2229

Dated: December 6, 2004