UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.<br>Plaintiffs<br><br>v.<br><br>TOWN OF CHATHAM and the<br>CHATHAM POLICE DEPARTMENT<br>Defendants | Civil Action No. 04-11911-RGS |

### ASSENTED TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING

Defendants Town of Chatham and Chatham Police Department (the "Town") respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1) and 15(a), to enlarge the time within which they may file an opposition to Plaintiff's Motion to Strike Affirmative Defenses and Dismiss Counterclaims or, in the alternative, to file an amended Answer to Plaintiffs' Complaint, up to and including January 21, 2005.

As grounds for this Motion, counsel state that they have only recently been retained by the Town to handle this matter and need the additional time to adequately analyze the case and prepare the appropriate responsive pleading.

Assented to:

MICHAEL D. ANDERSON, et al
By their attorneys,

*Patrick N. Bryant (DCB)*
Bryan C. Decker, BBO No. 561247
Patrick N. Bryant, BBO No. 652200
Sandulli Grace P.C.
One State Street
Boston, MA 02109
(617) 523-2500

Date: 12/29/04

Respectfully submitted,

TOWN OF CHATHAM, et al
By their attorneys,

*Daniel C. Brown*
Tim D. Norris, BBO No. 552969
Daniel C. Brown, BBO No. 648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
(781) 762-2229

Date: 12/29/04