2/4/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.<br>**Plaintiffs**<br><br>v.<br><br>**TOWN OF CHATHAM and the<br>CHATHAM POLICE DEPARTMENT**<br>**Defendants** | Civil Action No. 04-11911-RGS |

### DEFENDANT'S MOTION TO CONTINUE
### THE RULE 16(b) CONFERENCE
### SCHEDULED FOR FEBRUARY 10, 2005

Defendants in the above-captioned action hereby move, in accordance with F.R.C.P. 6(b)(1) and Local Rule 40.3(A), to continue the Rule 16(b) Conference currently scheduled for February 10, 2005.

As grounds therefore, Defendants' attorneys state that they are scheduled for administrative agency hearings on that date.

Wherefore, Defendants respectfully request a continuance of the Rule 16(b) Conference in this matter. Counsel for the Plaintiffs has assented to this motion.

TOWN OF CHATHAM AND CHATHAM
POLICE DEPARTMENT
By its attorney,

Tim D. Norris
BBO No. 552969
Daniel C. Brown
BBO No. 648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
781-762-2229

Dated: February 4, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day forwarded a copy of the foregoing document, via first class mail, postage prepaid, to the attorney for the Plaintiffs, Bryan C. Decker, Esq., Sandulli Grace, P.C., One State Street, Boston, MA 02109.

_____       2/4/05
Tim D. Norris                             Date