UNITED STATES DISTRICT COURT, CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB -7 P 3: 09

| | |
|---|---|
| MICHAEL D. ANDERSON, EDWARD P. BAGLEY, | ) CASE NO: 04-11911RGS |
| STEVEN F. BALMAIN, WALLACE H. BICKNELL, | ) U.S. DISTRICT OF MASS |
| PHILIP BUNTING, MICHAEL C. CANTWELL, | ) DISTRICT OF MASS |
| CATHERINE CARHART, JOHN D. CAUBLE, | ) |
| JOHN S. COFFEY, JOSEPH D. FENNELL, | ) |
| JAMES C. FLEMMING, III, WILLIAM R. GLOW, III, | ) |
| ANDREW B. GODDARD, MARK R. GOODSPEED, | ) |
| SARAH HARRIS, PAUL HAMILTON, STEVEN J. LAVIN, | ) |
| WILLIAM S. LITTLE, JR., JOSEPH MASHRICK, KEITH | ) |
| MIGNONE, JOHN H. MORAN and JOHN R. WHITTLE, | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| TOWN OF CHATHAM and THE CHATHAM POLICE | ) |
| DEPARTMENT, | ) |
| Defendants. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance herein as attorney for the Town of Chatham and the Chatham Police Department in the above action. Successor Counsel, Tim Norris of Collins, Loughran & Peloquin, PC 320 Norwood Park South, Norwood, MA 02062, has filed his appearance with the Court. I certify that I have served notice of the withdrawal on my clients and on all other parties.

Date: February ____3____ 2005

The Defendants
By Its Attorney,

Bruce P. Gilmore, Esq.
P.O. Box 714
1170 Route 6A
West Barnstable, MA 02668
508-362-8833
BBO# 129240

## CERTIFICATE OF SERVICE

I, Bruce P. Gilmore, Esq. hereby certify a true and correct copy of the above document, Notice of Withdrawal of Appearance, was hereby served on the Attorneys of Record, Bryan Decker, Esq. and Patrick Bryant, Esq., Sandulli Grace, PC, One State Street, Suite 200, Boston, MA 02109 and Tim Norris, Esq., Collins, Loughran & Peloquin, PC 320 Norwood Park South, Norwood, MA 02062, by first-class mail, postage prepaid this ___3rd___ day of February, 2005.

_____
Bruce P. Gilmore, Esq.