UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -7  P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICHAEL D. ANDERSON, et al., <br> **Plaintiffs** <br><br> v. <br><br> TOWN OF CHATHAM and THE CHATHAM POLICE DEPARTMENT, <br> **Defendants.** | Civ. No. 04-11911-RGS |

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the parties hereby submit this Joint Statement prior to the scheduling conference on March 14, 2005.

The parties agree that the case should be bifurcated, with liability tried first, and damages only if and when liability is established. This Joint Statement, therefore, addresses the liability portion of the case only:

1.     Joint Discovery Plan

| | | |
|---|---|---|
| a. | Automatic Disclosures | 5/1/05 |
| b. | Interrogatories/Requests for Production of Documents | 6/1/05 |
| c. | Depositions | 9/1/05. |
|    | Requests for Admissions | 6/1/05 |

2.     Motions

| | | |
|---|---|---|
| a. | Summary Judgment Motions | 1/15/06 |

Respectfully submitted,

**TOWN OF CHATHAM
AND CHATHAM POLICE DEPARTMENT**
By their attorneys,

*/s/ Tim D. Norris*

Tim D. Norris, BBO #552969
Daniel C. Brown, BBO #648038
Collins, Loughlin & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062


**MICHAEL D. ANDERSON, et al,**

By their attorneys,

*/s/ Bryan Decker*

Bryan Decker, BBO #561247
Patrick N. Bryant, BBO #652200
Sandulli Grace, P.C.
One State Street, Suite 200
Boston, MA 02109
617-523-2500

DATE:     March 7, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. ANDERSON, et al.,<br>**Plaintiffs**<br><br>v.<br><br>TOWN OF CHATHAM and THE CHATHAM<br>POLICE DEPARTMENT,<br>Defendants. | Civ. No. 04-11911-RGS |

### CERTIFICATION

Steven J. Lavin, the authorized representative of Plaintiffs, and his counsel, Bryan Decker and Patrick N. Bryant, hereby certify, as required by Local Rule 16.1, that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____   Date: 3/7/05
Steve Lavin

_____   Date: 3/7/05
Bryan Decker, BBO # 561247
Patrick N. Bryant, BBO #652200
Sandulli Grace, P.C.
One State Street, Suite 200
Boston, MA 02109
(617) 523-2500