UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL D. ANDERSON, et al. )
Plaintiffs )
)                Civil Action No. 04-11911-RGS
)
v. )
)
TOWN OF CHATHAM and the )
CHATHAM POLICE DEPARTMENT )
Defendants )
)

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that counsel and an authorized representative of the Defendants have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in LR 16.4.

Respectfully submitted,

TOWN OF CHATHAM                                TOWN OF CHATHAM
By the Acting Town Manager                     By its attorney,

*K.S. McDonall*                                *[signature]*

Kevin McDonald                                 Tim D. Norris
549 Main Street                                BBO No. 552969
Chatham, MA 02633                              Collins, Loughran & Peloquin, P.C.
508-945-5100                                   320 Norwood Park South
                                               Norwood, MA 02062
                                               781-762-2229

Dated: March 7, 2005