UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
7/5/05

| | |
|---|---|
| MICHAEL D. ANDERSON, et al. )<br>**Plaintiffs** )<br> )<br>v. )<br> )<br>TOWN OF CHATHAM and the )<br>CHATHAM POLICE DEPARTMENT )<br>**Defendants** )<br> ) | Civil Action No. 04-11911-RGS |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties in the above-captioned matter hereby move the Court to continue the status conference scheduled for July 13, 2005, for sixty (60) days, to enable the parties to complete the process of gathering and exchanging the information necessary to discuss resolution of this matter.

                                                            Respectfully submitted,

| | |
|---|---|
| Michael Anderson, et al.<br>By their attorney<br><br>*Patrick N. Bryant*<br>Patrick N. Bryant, Esq.<br>BBO No. 652200<br>Sandulli, Grace, P.C.<br>One State Street<br>Boston, MA 02109<br>617-523-2500 | TOWN OF CHATHAM<br>By its attorney,<br><br>*Tim D. Norris*<br>Tim D. Norris, Esq.<br>BBO No. 552969<br>Collins, Loughran & Peloquin, P.C<br>320 Norwood Park South<br>Norwood, MA 02062<br>781-762-2229 |

Dated: July 1, 2005