UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MICHAEL ANDERSON, ET AL
   Plaintiff

      v.     CIVIL ACTION NO. 04-11911-RGS

TOWN OF CHATHAM
   Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                              NOVEMBER 17, 2005

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

                BY:

                         /s/ Mary H. Johnson
                         Deputy Clerk

DATED: 11-17-05